# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Stephen Pierce, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Samuel Bankman-Fried, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, Armanino, LLP, and Prager Metis CPAs, LLC, <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-7444 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nishad Singh
　　　　　　　　　　　　　　　　　　Address Unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Marshal J. Hoda, Esq.
　　　　　　　　　　　　　　　　　　The Hoda Law Firm, PLLC

　　　　　　　　　　　　　　　　　　Steven C. Vondran, Esq.
　　　　　　　　　　　　　　　　　　The Law Offices of Steven C. Vondran, PC

Service Address:
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: (415) 830-9636

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*