UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Stephen Pierce, individually and on behalf of all others similarly situated,**<br><br>Plaintiff;<br><br>v.<br><br>**Samuel Bankman-Fried,** *et al.*,<br><br>Defendants. | Case No.<br><br>4:22-cv-07444-JSW<br><br><br>Application for Admission of Attorney Pro Hac Vice (Civil LR 11-3) |

    I, Marshal J. Hoda, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing named Plaintiff Stephen Pierce and the putative class in the above-styled class action litigation. A true and correct copy of a certificate of good standing issued to me by the Texas Bar is attached to this application. I have not been granted pro hac vice admission by this court in the 12 months preceding this application.

    My local co-counsel in this case is Steven Vondran, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Mr. Vondran's California bar number is 232337.

    Mine and Mr. Vondran's contact information of record is as follows.

| | Marshal Hoda | Steven Vondran |
|---|---|---|
| Address | 12333 Sowden Road Suite B, PMB 51811 Houston, TX 77080 | One Sansome Street, Suite 3500 San Francisco, CA 94194 |
| Telephone No. | (832) 848-0036 | (877) 276-5084 |
| Email | marshal@thehodalawfirm.com | steve@vondranlegal.com |

By signing below, I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the forgoing is true and correct.

Dated: November 23, 2022          Respectfully submitted,

_____
Marshal J. Hoda, Esq.
Texas Bar No. 2411009
12333 Sowden Road, Suite B
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com
THE HODA LAW FIRM, PLLC

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Marshal J. Hoda** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 23, 2022

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE