AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Stephen Pierce, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Samuel Bankman-Fried, Caroline Ellison, Zixiao "Gary" Wang, Nishad Singh, Armanino, LLP, and Prager Metis CPAs, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:22-cv-7444 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Zixiao "Gary" Wang
Address Unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marshal J. Hoda, Esq.
The Hoda Law Firm, PLLC

Steven C. Vondran, Esq.
The Law Offices of Steven C. Vondran, PC

Service Address:
One Sansome Street, Suite 3500
San Francisco, CA 94104
Phone: (415) 830-9636

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

*Cindy Hernandez*

Date: 11/23/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-7444

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zixiao "Gary" Wang

was received by me on *(date)* 02/03/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Cheryl Wang
, a person of suitable age and discretion who resides there,
on *(date)* 02/08/2023 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/10/2023

*D. Bram[signature]*
Server's signature

Douglas Bramble
Printed name and title

P.O. Box 70, Tenafly, NJ 07670

Server's address

Additional information regarding attempted service, etc:
Description of person receiving documents: Age: 20-25, Ethnicity: Asian American, Gender: Female, Weight: 150, Height: 5'4", Hair: Black
Service address: 304 Island Ln, Egg Harbor Township, NJ 08234
Documents were mailed via USPS first class mail on 2/10/2023 to the service address above.

SEE ATTACHMENT FOR FULL DOCUMENT LISTING.

# UNITED STATES DISTRICT COURT
Northern District of California

| | | |
|---|---|---|
| STEPHEN PIERCE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>SAMUEL BANKMAN-FRIED, ET AL<br>**DEFENDANT** | § § § § § § § § § § | CAUSE NO. 3:22-CV-7444 |

## ATTACHMENT TO PROOF OF SERVICE

**DOCUMENT LISTING**: SUMMONS IN A CIVIL ACTION, SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET, CIVIL STANDING ORDER FOR DISTRICT JUDGE JACQUELINE SCOTT CORLEY, APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LR 11-3), SUMMONS IN A CIVIL ACTION -ARMANINO, LLP, SUMMONS IN A CIVIL ACTION - NISHAD SINGH, SUMMONS IN A CIVIL ACTION - ZIXIAO "GARY" WANG, SUMMONS IN A CIVIL ACTION - SAMUEL BANKMAN-FRIED, SUMMONS IN A CIVIL ACTION - PRAGER METIS CPAS, LLC, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF ELIGIBILITY FOR VIDEO RECORDING, CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LR 11-3), CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION, NOTICE OF ELIGIBILITY FOR VIDEO RECORDING, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, RELATED CASE ORDER, ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT, JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER